NO. 09-11039

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States of America,

Plaintiff/Respondent,

v.

Bruce Carneil Webster,

Defendant/Petitioner.

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR AUTHORIZATION TO FILE SUCCESSIVE MOTION TO
VACATE SENTENCE**

**THIS IS A DEATH PENALTY CASE.**

*Oral Argument Requested*

Dorsey & Whitney LLP
Steven J. Wells
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

Counsel for Petitioner
Bruce Carneil Webster

TO THE HONORABLE JUDGES OF THIS COURT:

Petitioner, Bruce Carneil Webster, respectfully requests leave to file a reply to Respondent United States of America's Response in Opposition to Mr. Webster's Motion for Authorization to File Successive Motion to Vacate Sentence ("Opposition").  Respondent's Opposition was filed in this Court on November 30, 2009, and raises issues and questions not addressed in Mr. Webster's Motion for Authorization.

Mr. Webster respectfully submits his Reply in conjunction with this Motion.

Dated:  December 8, 2009

Respectfully submitted,

Dorsey & Whitney LLP

By   _s/Steven J. Wells_____
      Steven J. Wells (MN Atty# 163508)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile:  (612) 340-2868
E-mail:  wells.steve@dorsey.com

Counsel for Petitioner
Bruce Carneil Webster

1