Case No. 09-11039

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

1.    This reply complies with the type-volume limitation of FED. R. APP. P.32(a)(7)(B) because it contains 3,692 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2.    This reply complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2003, Version 11 (SP2) in 14-point Times New Roman.

Dated:  December 8, 2009            Dorsey & Whitney LLP


                                                    By  _s/Oliver J. McKinstry_____
                                                          Oliver J. McKinstry (MN # 388109)
                                                    Suite 1500, 50 South Sixth Street
                                                    Minneapolis, MN 55402-1498
                                                    Telephone: (612) 340-2600
                                                    Facsimile:  (612) 340-2868
                                                    E-mail:  mckinstry.oliver@dorsey.com

                                                    Counsel for Petitioner
                                                    Bruce Carneil Webster