NO. 09-11039

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States of America,

Plaintiff/Respondent,

v.

Bruce Carneil Webster,

Defendant/Petitioner.

**SECOND DECLARATION OF STEVEN J. WELLS IN SUPPORT OF
MOTION FOR AUTHORIZATION TO FILE SUCCESSIVE MOTION TO
VACATE SENTENCE**

I, STEVEN J. WELLS, declare as follows:

I am a partner at the law firm of Dorsey & Whitney LLP ("Dorsey"),

attorneys for Petitioner Bruce Carneil Webster. I submit this Second Declaration

in support of Petitioner's Motion for Authorization to File Successive Motion to

Vacate Sentence.

1.     Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from David Wechsler, *WAIS-III Administration and Scoring Manual* (3d ed. 2003).

2.     Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from *Mental Retardation: Determining Eligibility for Social Security Benefits* (2002).

3.     Attached hereto as **Exhibit 3** is a true and correct copy of J. Gregory Olley, *The Assessment of Adaptive Behavior in Adult Forensic Cases: Part 3. Sources of Adaptive Behavior Information*, Psychol. Retardation & Developmental Disabilities, Summer 2007.

4.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Government's Response in Opposition to "Amended Motion of Bruce Carneil Webster to Vacate Conviction and Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure," Docket No. 1083, *Webster v. United States*, No. 4-00-CV-1646-Y (N.D. Tex. Sept. 30, 2003).

5.     Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Volume 26 of the transcript of proceedings held in the criminal trial of Bruce Carniel Webster in the Northern District of Texas, *U.S. v. Webster*, Case No. 4:94-cr-00121-Y (N.D. Tex.) on June 18, 1996.

6       Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from American Association on Mental Retardation, *Mental Retardation: Definition, Classification, and Systems of Supports* (10th ed. 2002).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  December 8, 2009                    /s/ *Steven J. Wells*
                                                          Steven J. Wells