# EXHIBIT 1

Case: 09-11039   Document: 14-5   Page: 2   Date Filed: 12/08/2009

EXHIBIT 1

*Original*

# WAIS-III

WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION

# ADMINISTRATION AND SCORING MANUAL

DAVID WECHSLER

THE PSYCHOLOGICAL CORPORATION
*Harcourt Brace & Company*
SAN ANTONIO
Orlando • Boston • New York • Chicago • San Francisco • Atlanta • Dallas
San Diego • Philadelphia • Austin • Fort Worth • Toronto • London • Sydney

Table 2.2. Relation of IQ and Index Scores to Standard Deviations From the Mean and Percentile Rank Equivalents

| IQ/Index Score | Number of SDs from the Mean | Percentile Rank Equivalent[a] |
|---|---|---|
| 155 | +3⅔ | >99.9 |
| 150 | +3⅓ | >99.9 |
| 145 | +3 | 99.9 |
| 140 | +2⅔ | 99.6 |
| 135 | +2⅓ | 99 |
| 130 | +2 | 98 |
| 125 | +1⅔ | 95 |
| 120 | +1⅓ | 91 |
| 115 | +1 | 84 |
| 110 | +⅔ | 75 |
| 105 | +⅓ | 63 |
| 100 | 0 (Mean) | 50 |
| 95 | -⅓ | 37 |
| 90 | -⅔ | 25 |
| 85 | -1 | 16 |
| 80 | -1⅓ | 9 |
| 75 | -1⅔ | 5 |
| 70 | -2 | 2 |
| 65 | -2⅓ | 1 |
| 60 | -2⅔ | 0.4 |
| 55 | -3 | 0.1 |
| 50 | -3⅓ | <0.1 |
| 45 | -3⅔ | <0.1 |

[a] The percentile ranks are theoretical values for a normal distribution.

## Qualitative Descriptions of IQ Scores

Many examiners utilize a qualitative system as well as a quantitative system to describe an individual's performance. Table 2.3 presents specific IQ score ranges and their corresponding qualitative diagnostic categories. These IQ score ranges and categories are consistent among all Wechsler scales and have been defined statistically. The range limits provided may not necessarily apply to all possible situations; however, if state laws, federal statutes, or other legal requirements dictate the use of alternate limits, the statistical basis must be stated.

Both qualitative and quantitative interpretations of specific scores *should always take into consideration the measurement error inherent in test scores.* This critical issue is discussed more fully in the *WAIS–III—WMS–III Technical Manual.*

Table 2.3. Qualitative Descriptions of WAIS–III Full Scale IQ Scores

| | | Percent Included | |
|---|---|---|---|
| IQ Score | Classification | Theoretical Normal Curve | Actual Sample[a] |
| 130 and above | Very Superior | 2.2 | 2.1 |
| 120–129 | Superior | 6.7 | 8.3 |
| 110–119 | High Average | 16.1 | 16.1 |
| 90–109 | Average | 50.0 | 50.3 |
| 80–89 | Low Average | 16.1 | 14.8 |
| 70–79 | Borderline | 6.7 | 6.5 |
| 69 and below | Extremely Low[b] | 2.2 | 1.9 |

[a] The percentages shown are for the Full Scale IQ score and are based on the total standardization sample (N = 2,450). The percentages obtained for the Verbal IQ and Performance IQ scores are very similar.

[b] In place of the term *mentally retarded* used in the WAIS–R and the term *intellectually deficient* used in the WISC–III, the WAIS–III uses the term *extremely low.* This practice avoids the implication that a very low IQ score is sufficient evidence for the classification of "mental retardation" or the label of *"intellectually deficient."* It does, however, reflect that the person's obtained score on the WAIS–III is much lower than the average level of functioning and may be indicative of a deficit in cognitive functioning.