# EXHIBIT 2

# MENTAL RETARDATION

## DETERMINING ELIGIBILITY FOR SOCIAL SECURITY BENEFITS

Committee on Disability Determination for Mental Retardation

Daniel J. Reschly, Tracy G. Myers, and
Christine R. Hartel, *Editors*

Board on Behavioral, Cognitive, and Sensory Sciences
Division of Behavioral and Social Sciences and Education
National Research Council

NATIONAL ACADEMY PRESS
Washington, D.C.

EXHIBIT

2

NATIONAL ACADEMY PRESS   2101 Constitution Avenue, N.W.   Washington, D.C. 20418

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

The study was supported by Contract No. 0600-99-38803 between the National Academy of Sciences and the U.S. Social Security Administration. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

### Library of Congress Cataloging-in-Publication Data

Mental retardation : determining eligibility for social security
benefits / Daniel J. Reschly, Tracy G. Myers, and Christine R. Hartel,
editors ; Committee on Disability Determination for Mental Retardation,
Board on Behavioral, Cognitive, and Sensory Sciences, Division of
Behavioral and Social Sciences and Education, National Research Council.
      p. ; cm.
Includes bibliographical references and index.
Supported by contract between the National Academy of Sciences and the
U.S. Social Security Administration Contract No. 0600-99-38803
  ISBN 0-309-08323-0 (pbk.)
  1. Mental retardation—Diagnosis. 2. Disability evaluation—United
States. 3. Social security—United States.
  [DNLM: 1. United States. Social Security Administration. 2.
Disability Evaluation—United States. 3. Eligibility
Determination—standards—United States. 4. Mental
Retardation—diagnosis—United States. 5. Public Policy—United States.
6. Social Security—United States. WM 304 M349 2002] I. Reschly,
Daniel J. II. Myers, Tracy G. III. Hartel, Christine R., 1947- IV.
National Research Council (U.S.). Committee on Disability Determination
for Mental Retardation. V. United States. Social Security
Administration.
  RC570.2 .M46 2002
  616.85'884075—dc21
                              2002005467

Additional copies of this report are available from National Academy Press, 2101 Constitution Avenue, N.W., Washington, D.C. 20418

Call (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area)

This report is also available online at http://www.nap.edu

Printed in the United States of America

Copyright 2002 by the National Academy of Sciences. All rights reserved.

Suggested citation: National Research Council (2002) Mental Retardation: Determining Eligibility for Social Security Benefits. Committee on Disability Determination for Mental Retardation. Daniel J. Reschly, Tracy G. Myers, and Christine R. Hartel, editors. Division of Behavioral and Social Sciences and Education. Washington, DC: National Academy Press.

Cover: Michele de la Menardiere. Detail from Colors #5. Acrylic on canvas.

disabilities that can be described as mild in degree (e.g., mild mental retardation, hyperactivity, specific learning disability) (Gresham & MacMillan, 1997; Zigler et al., 1984).

Although schools may be the service settings in which adaptive behavior measures are most likely to be used, the information derived from these assessments may not be considered meaningful for the purposes of classification by decision makers. It is possible that the use of these measures is diminishing in local educational agencies, with increasing emphasis on specific educational classification in many states. As a result, they may become less available for use in disability determinations. It also appears that community practitioners, aside from those associated with developmental disabilities clinics or centers or with community developmental disabilities services, may not be well versed in the use and interpretation of adaptive behavior measures or prepared to apply different measures in different situations for different purposes.

## Clinical Considerations in the Selection and Use of Adaptive Behavior Scales

In the committee's view, adaptive behavior is an essential component of the mental retardation diagnostic construct, and all agencies contemplating mental retardation diagnoses should give consideration to adaptive behavior. This consensus rests on the accumulated wisdom in the field of mental retardation, including the fact that adaptability in meeting the demands of everyday living was fundamental to conceptions of mental retardation long before effective tests of intellectual functioning were developed. Adaptive behavior has been fundamental to conceptions of mental retardation at least since the early 19th century (Doll, 1936a, 1967).

### Choice of Assessment Methods

In the committee's view, the use of standardized measures of adaptive behavior is potentially valuable in the overall assessment of adap-

REFERENCES                                          289

disability benefits: Explanations and policy implications (pp. 339-364). Kalamazoo,
   MI: Upjohn Institute for Employment Research.
Das, J.P., Naglieri, J.A., and Kirby, J.R. (1994). Assessment of cognitive processes: The
   PASS theory of intelligence. Needham Heights, MA: Allyn and Bacon.
de Jung, J.E., Holen, M.C., and Edmonson, B. (1973). Test of social inference for
   retarded adolescents: Measuring social-cue perception. Psychological Reports,
   32(2), 603-618.
Dekker, R., and Koole, F.D. (1992). Visually impaired children's visual characteristics
   and intelligence. Developmental Medicine and Child Neurology, 34(2), 123-133.
Denning, C.B., Chamberlain, J.A., and Polloway, E.A. (2000). An evaluation of state
   guidelines for mental retardation: Focus on definition and classification practices.
   Education and Training in Mental Retardation and Developmental Disabilities,
   35(2), 226-232.
Denno, D.W. (1986). Victim, offender, and situational characteristics of violent crime.
   Journal of Criminal Law and Criminology, 77(4), 1142-1158.
Dodge, K.A. (1986). A social information processing model of social competence in
   children. In M. Perlmutter (ed.), Minnesota symposium in child psychology (pp.
   77-125). Hillsdale, NJ: Lawrence Erlbaum Associates.
Doll, E.A. (1927). Borderline diagnosis. Proceedings of the American Association for the
   Study of the Feebleminded, 32, 43-59.
Doll, E.A. (1936a). Current thoughts on mental deficiency. Proceedings of the American
   Association on Mental Deficiency, 41, 33-49.
Doll, E.A. (1936b). The Vineland social maturity scale (No. 3). Vineland, NJ: Training
   School.
Doll, E.A. (1953). The measurement of social competence. A manual for the Vineland
   Social Maturity Scale. Washington, DC: Educational Test Bureau.
Doll, E.A. (1967). Historical review of mental retardation 1800-1965: A symposium.
   American Journal of Mental Deficiency, 72, 165-189.
Doman, A. (1967). Appraisal of emotionally incongrous situations by mental retardates
   of differing mental ages. The Journal of General Psychology, 77(1), 131-143.
Donkar, E.N. (2000). The Social Security Disability Insurance Program: Projections for
   the coming decade. Paper presented at the National Academy of Social Insurance
   Conference. L. Frieden, and J.L. Mashaw, (eds.), Disability income policy:
   Opportunities and challenges in the next decade - A policy education seminar.
   December 15, 2000.
Drotar, D., and Sturm, L. (1988). Prediction of intellectual development in young
   children with early histories of nonorganic failure-to-thrive. Journal of Pediatric
   Psychology, 13(2), 281-296.
DuBois, P.H. (1970). A history of psychological testing. Boston: Allyn and Bacon.
Dunn, L.M. (1959). Peabody picture vocabulary test. Circle Pines, MN: American
   Guidance Service.
Dunn, L.M., and Dunn, L.M. (1981). Peabody picture vocabulary test - Revised (Special
   ed.). Circle Pines, MN: American Guidance Service.
Duran, R.P. (1989). Testing of linguistic minorities. In R.L. Linn (ed.), Educational
   measurement (3rd ed., pp. 573-587). New York: Macmillan.