# EXHIBIT 6

# Mental Retardation

## Definition, Classification, and Systems of Supports

### 10th Edition

**AAMR**

American Association on Mental Retardation

EXHIBIT

6

Case: 09-11039    Document: 14-10    Page: 3    Date Filed: 12/08/2009

Copyright © 2002 by the American Association on Mental Retardation

Published by
American Association on Mental Retardation
444 North Capitol Street, NW
Suite 846
Washington, DC 20001-1512

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Mental retardation : definition, classification, and systems of supports. — 10th ed.
    p. cm.
    Includes bibliographical references and indexes.
    ISBN 0-940898-81-0
        1. Mental retardation — Classification.    I. American Association on
    Mental Retardation.

RC570 . C515 2002
616.85'88'0012--dc21                         2002066469

ii

functioning can be explained best by a general factor of intelligence (Carroll, 1997a, 1997b).

The assessment of intellectual functioning is essential in making a diagnosis of mental retardation, as virtually all definitions of mental retardation make reference to significantly subaverage intellectual functioning as one of the diagnostic criteria. Therefore, in reference to this 2002 manual, readers should note the following implications of intelligence on the multidimensionality of mental retardation:

- Limitations in intelligence should be considered in light of four other dimensions: Adaptive Behavior; Participation, Interactions, and Social Roles; Health; and Context.

- The measurement of intelligence may have different relevance, depending on whether it is being considered for purposes of diagnosis or classification.

- Although far from perfect, intellectual functioning is still best represented by IQ scores when obtained from appropriate assessment instruments.

# DIMENSION II:
## ADAPTIVE BEHAVIOR (CONCEPTUAL, SOCIAL, AND PRACTICAL SKILLS)

*Adaptive behavior* is the collection of conceptual, social, and practical skills that have been learned by people in order to function in their everyday lives. The concept of adaptive behavior (as expressed in conceptual, social, and practical adaptive skills) found in this 2002 manual is a continuation of the historical attention given to adaptive behavior in the diagnosis of mental retardation (McGrew, Bruininks, & Johnson, 1996; Thompson et al., 1999; Widaman & McGrew, 1996). The concept of adaptive skills implies an array of competencies and, thus, provides a firmer foundation to two key points made throughout this 2002 manual: (a) Adaptive skill limitations often coexist with strengths in other adaptive skill areas; and (b) a person's strengths and limitations in adaptive skills should be documented within the context of community and cultural environments typical of the person's age peers and tied to the person's individualized needs for supports.

Based on extensive work by Thompson et al. (1999), Greenspan and Granfield (1992), Kamphaus (1987a), Widaman and McGrew (1996), and Widaman, Stacy, and Borthwick-Duffy (1993), there is an emerging consensus that the structure of adaptive behavior consists of the following three factor clusters: (a) Cognitive, Communication, and Academic Skills (i.e., conceptual skills); (2) Social Competence Skills (i.e., social skills); and (c) Independent Living Skills (i.e., practical skills). Examples of conceptual, social, and practical adaptive skills are found in Table 3.1.

©American Association on Mental Retardation

TABLE 5.2
Relationships of 1992 and 2002 Adaptive Skill Areas

| Adaptive Behavior Skill Areas in 2002 Definition | Representative Skills in 2002 Definition | Skill Areas Listed in 1992 Definition |
|---|---|---|
| Conceptual | Language<br>Reading and writing<br>Money concepts<br>Self-direction | Communication<br>Functional academics<br>Self-direction<br>Health and safety |
| Social | Interpersonal<br>Responsibility<br>Self-esteem<br>Gullibility<br>Naiveté<br>Follows rules<br>Obeys laws<br>Avoids victimization | Social skills<br>Leisure |
| Practical | Activities of daily living<br>Instrumental activities of daily living<br>Occupational skills<br>Maintains safe environments | Self-care<br>Home living<br>Community use<br>Health and safety<br>Work |

## SELECTION OF ADAPTIVE BEHAVIOR MEASURES

### Purpose of Assessment

The assessment of adaptive behavior can contribute to each of the different functions shown in Table 1.1: diagnosis, classification, and planning for supports. It should be understood that the characteristics of a good assessment for one function (e.g., diagnosis) are not necessarily the same as the characteristics of a good assessment for another (e.g., identifying support needs). Few instruments have the breadth, depth, and psychometric properties to be optimally useful for all purposes. Measures that provide enough detail to assist with programming may be too long to be useful for diagnostic testing, may lack standardization data, or may describe behaviors that do not usually distinguish individuals with from individuals without mental retardation (Nihira, 1999). In the past these differences may have con-

© American Association on Mental Retardation

to assessment and the diagnosis of mental retardation — have been stressed:

- Limitations in adaptive behavior affect both daily life and the ability to respond to life changes and environmental demands.

- Limitations in adaptive behavior should be considered in light of the four other dimensions of the 2002 definition: Intellectual Abilities; Participation, Interactions, and Social Roles; Health; and Context.

- The presence or absence of adaptive behavior can have different relevance, depending on whether it is being considered for purposes of diagnosis, classification, or planning supports.

- For diagnosis, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior are operationally defined as performance that is at least two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, or practical, or (b) an overall score on a standardized measure of conceptual, social, and practical skills.

© American Association on Mental Retardation