Case No. 09-11039

## CERTIFICATE OF SERVICE

I, Oliver J. McKinstry, certify that today, December 8, 2009, a copy of the Motion for Leave to File Reply Brief in Support of Motion for Authorization to File Successive Motion to Vacate, Reply Brief in Support of Motion for Authorization to File Successive Motion to Vacate Sentence, Certificate of Compliance With Rule 32(a), and Second Declaration of Steven J. Wells in Support of Motion for Authorization to File Successive Motion to Vacate Sentence were filed electronically with the Clerk of Court through ECF, and that ECF will send e-notices of the electronic filings to the following ECF participants:

wells.steven@dorsey.com

and that the foregoing documents were served upon the party listed below by facsimile and e-mail as set forth below:

James T. Jacks
U.S. Attorney for the Northern
  District of Texas
1100 Commerce Street, 3rd Floor
Dallas, TX  75242
*Facsimile:  (214) 767-2898*
*E-mail:  jim.jacks@usdoj.gov*

Delonia A. Watson
Assistant U.S. Attorney for the
Northern District of Texas
Burnett Plaza Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
*Facsimile:  (817) 978-3094*
*E-mail:  delonia.watson@usdoj.gov*

- 2 -

Dorsey & Whitney LLP

Dated:  December 8, 2009

By  _s/Oliver J. McKinstry_____
       Steven J. Wells (MN # 163508)
       Oliver J. McKinstry (MN # 388109)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile:  (612) 340-2868
E-mail:  mckinstry.oliver@dorsey.com

Counsel for Petitioner
Bruce Carneil Webster