# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 09-11039

---

In Re:  BRUCE CARNEIL WEBSTER,

U.S. COURT OF APPEALS
**F I L E D**

DEC 1 0 2009

CHARLES R. FULBRUGE III
                        CLERK

Movant.

---

On Motion for Authorization To File
Successive Petition for Writ of Habeas Corpus
in the United States District Court
for the Northern District of Texas

---

O R D E R :

IT IS ORDERED that petitioner's motion for leave to file a reply brief in

support of motion for authorization to file successive motion to vacate sentence

is GRANTED.

                              /s/ Jerry E. Smith
                              JERRY E. SMITH
                              United States Circuit Judge