# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 10, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-11039     In re: Bruce Webster
          USDC No.

Enclosed is an order entered in this case.

CHARLES R. FULBRUGE III, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

Ms. Delonia Anita Watson
Mr. Steven Joseph Wells

*MOT2*