# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 09-11039

_____

In Re:  BRUCE CARNEIL WEBSTER,

U.S. COURT OF APPEALS
**FILED**
DEC 1 0 2009
CHARLES R. FULBRUGE III
CLERK

Movant.

_____

On Motion for Authorization To File
Successive Petition for Writ of Habeas Corpus
in the United States District Court
for the Northern District of Texas

_____

ORDER:

IT IS ORDERED that petitioner's motion for leave to file a reply brief in support of motion for authorization to file successive motion to vacate sentence is GRANTED.

_____/s/ Jerry E. Smith_____
JERRY E. SMITH
United States Circuit Judge