# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 28, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

        No. 09-11039,  In re: Bruce Webster
                USDC No.

Dear Ms. Mitchell:

Enclosed is a copy of an opinion-order entered on 4/28/2010.  We
have closed the case in this court.

We will forward the record on appeal at a later date.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        James R. Cheramie, Deputy Clerk

Enclosures

cc:
    Mr. Steven Joseph Wells