# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 29, 2010

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

  Re: Bruce Carneil Webster
     v. United States
     No. 10-150
     (Your No. 09-11039)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on July 27, 2010 and placed on the docket July 29, 2010 as No. 10-150.

     Sincerely,

     **William K. Suter**, Clerk

     by

     Erik A. Fossum
     Case Analyst