# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 08, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 09-11039,  In re: Bruce Webster

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Charlene A. Vogelaar*
              By: _____
                    Charlene A. Vogelaar, Deputy Clerk
                    504-310-7648